# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HULUS DOUGHTY

NO. 2024 KW 0808

**NOVEMBER 4, 2024**

---

In Re:     Hulus Doughty, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-1601074.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** There is no indication relator filed a motion to quash prior to entry of the no contest plea, which is the proper vehicle to challenge the jurisdiction of the trial court. See La. Code Crim. P. arts. 532(8) & 535(A)(5). Accordingly, the district court did not abuse its discretion in denying relator's application for postconviction relief. See **State v. Green**, 2023-0643 (La. App. 4th Cir. 10/26/23), 376 So.3d 991, 994.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT